1  DAVID H. RAIZMAN (SBN 129407)
   david.raizman@dbr.com
2  ELENA S. MIN (SBN 235065)
   elena.min@dbr.com
3  DRINKER BIDDLE & REATH LLP
   1800 Century Park East, Suite 1400
4  Los Angeles, CA  90067-1517
   Telephone:   (310) 203-4000
5  Facsimile:    (310) 229-1285

6  Attorneys for Defendants
   Universal City Studios LLC, NBCUniversal Media,
7  LLC, Silva Kasparian, John Roussey, Janice Sasaki
   and Stephanie Tuch

8
                       UNITED STATES DISTRICT COURT
9
                      CENTRAL DISTRICT OF CALIFORNIA
10

11

12 | KRISTEN HECK, an individual, | Case No. 2:12-CV-05734-SVW-RZ
   |                              |
13 |         Plaintiff,           | **DECLARATION OF DAVID H.**
   |                              | **RAIZMAN IN SUPPORT OF**
14 | v.                           | **STIPULATION OF PARTIES TO**
   |                              | **CONTINUE STATUS**
15 | UNIVERSAL CITY STUDIOS, LLC, | **CONFERENCE DATE**
   | a Delaware Limited Liability |
16 | Company; NBC Universal, Business | [Concurrently filed with Stipulation of
   | Entity Unknown; JOHN ROUSSEY, an | Parties to Continue Status Conference
17 | individual; SILVA KASPARIAN, an | Date; [Proposed] Order Continuing
   | individual; STEPHANIE TUCH, an | Status Conference Date]
18 | individual; JANICE SASAKI, an |
   | individual; and DOES 1 through 100 |
19 | inclusive, |
   |        Defendants.           |
20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 1150108.1

RAIZMAN DECL. IN SUPP. OF STIP. TO
CONTINUE STATUS CONFERENCE DATE

## DECLARATION OF DAVID H. RAIZMAN

I, David H. Raizman, declare as follows:

1. I am over the age of 18. I am a partner at Drinker Biddle & Reath LLP and lead counsel of record for defendants Universal City Studios LLC, NBCUniversal Media, LLC, Silva Kasparian, John Roussey, Janice Sasaki and Stephanie Tuch (collectively, "Defendants") in this action. I have personal knowledge of the following facts and, if called as a witness, could testify competently to these facts.

2. I provide this declaration in support of the Stipulation of Parties to Continue Status Conference Date.

3. On July 9, 2012, I learned that the Court set a Status Conference in this action for August 13, 2012. However, I have a pre-planned family vacation set for the week of August 13, 2012.

I declare under penalty of perjury under the laws of the United States that the facts set forth above are true and accurate.

Executed this 13th day of July, 2012 at Los Angeles, California.

                                                    */s/ David H. Raizman*
                                                  David H. Raizman

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1400, Los Angeles, California 90067.

On July 13, 2012, I served the foregoing document described as:

**DECLARATION OF DAVID H. RAIZMAN IN SUPPORT OF STIPULATION OF PARTIES TO CONTINUE STATUS CONFERENCE DATE**

on the interested parties in this action by transmitting a copy as follows:

Joseph M. Lovretovich, Esq.
Ellen E. Cohen, Esq.
Jennifer A. Lipski, Esq.
Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, California  91367
Email: jml@jmllaw.com
Email: ecohen@jmllaw.com
Email: jennifer@jmllaw.com

*Attorneys for Plaintiff*
*Kristen Heck*

___ **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

_X_ **By ELECTRONIC FILING** (I will electronically file the foregoing using the CM/ECF system which will send notification of such electronic filing to counsel denoted above.)

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 13, 2012, at Los Angeles, California.

*/s/ Cesar M. Ibanez*
CESAR M. IBANEZ